**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| DAGOBERTO PARRADO-MORA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 26-CV-3734 (MJD/JFD)<br><br>**REPORT AND RECOMMENDATION** |

In a letter dated August 21, 2026, the Clerk of Court told Petitioner Dagoberto Parrado-Mora that the required filing fee ($5.00 for a Petition for Writ of Habeas Corpus) or an Application to Proceed Without Prepayment of Fees ("IFP Application") must be submitted to the Court. (Dkt. No. 2.) The Clerk of Court further informed Mr. Parrado-Mora that failure to pay the filing fee or submit the IFP Application within 15 days of the letter could result in his case being dismissed without prejudice. (Dkt. No. 2); *see* Fed. R. Civ. P. 41(b).

Twenty-one days from August 21, not counting August 21 itself, and adding three days for mailing, Fed. R. Civ. P. 6(d), Mr. Parrado-Mora's response deadline was September 8. Mr. Parrado-Mora has not paid the filing fee or submitted the IFP Application. In fact, Mr. Parrado-Mora has not communicated with the Court about this case at all since commencing this action. Understanding that mail from a correctional facility can sometimes be slow, the Court has waited more than two weeks beyond September 8 before taking action. Accordingly, this Court now recommends, consistent

with the warning previously given to Mr. Parrado-Mora, that this action be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. *See Wewerka v. Roper*, 431 F. App'x 517, 517 (8th Cir. 2011) (per curiam) (affirming dismissal without prejudice pursuant to Rule 41(b) following prisoner's failure to pay initial partial filing fee).

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: September 23, 2026

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

**NOTICE**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals. Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).