**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dagoberto Parrado-Mora,
Petitioner,

v.

United States of America,

Respondent.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Case No. 26-cv-3734 (MJD/JFD)

---

Dagoberto Parrado-Mora, pro se.

---

The above-entitled matter comes before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge John F. Docherty filed September 23, 2026. (Doc. 3.) Neither party filed objections to the R&R.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Docherty.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge John F. Docherty dated September 23, 2026

**[Doc. 3]** as follows: Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 15, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court